**No. 46083.**—Protest 7323–K of Prodex Lit Corp. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 46084.**—Protests 969010–G, etc., of Tupman-Thurlow Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 46085.**—Protests 22229–K, etc., of Canada Packers, Ltd. (Buffalo).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 46086.**—Protest 38613–K of Intercontinental Meat Corp. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 46087.**—Protest 45076–K of Draeger Shipping Co. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 46088.**—Protests 48464–K, etc., of H. P. Lambert Co. et al. (Boston).

Opinion by KEEFE, J. On the records presented the protests were overruled.

**No. 46089.**—Protests 41247–K, etc., of H. C. Worth & Mr. & Mrs. Wm. Ball et al. (Galveston).

Opinion by KEEFE, J. On the records presented the protests were overruled.